AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Curtis Jiles Andrew PRUITT<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:13-mj-61<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2012 to February 2013__ in the county of __Coshocton__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2250 (a) | being required to register, did travel in interstate or foreign commerce and knowingly fail to register as required by the Sex Offender Registration and Notification Act (SORNA). |

This criminal complaint is based on these facts:

See attached affidavit, incorporated by reference herein

☑ Continued on the attached sheet.

*Complainant's signature*

Nicole Ralston, Deputy US Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/05/2013

*Judge's signature*

City and state: Columbus, Ohio

Elizabeth Preston Deavers
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Nicole Ralston, being duly sworn, do hereby declare and state the following:

1) My name is Nicole Ralston. I am a Deputy United States Marshal assigned to the Southern District of Ohio. I have been employed with the United States Marshals Service (USMS) since August of 2003. I am currently assigned to fugitive and sex offender investigations and have conducted many investigations involving sexual offenders. As a Deputy US Marshal, I am authorized under 28 U.S.C. Section 564 to enforce the laws of the United States, including violations of the Sex Offender Registration and Notification Act (SORNA), 42 U.S.C. A. Section 16901, and federal failure to register offenses, pursuant to 18 U.S.C. Section 2250. Prior to my employment with the USMS, I was employed as a Police Officer in Marion, Ohio for seven (7) years. I have a Bachelors Degree in Criminal Justice and I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator Training Program at Glynco, Georgia.

2) I am the case agent for the criminal investigation of Curtis Jiles Andrew PRUITT, a convicted sex offender, relating to his travel from Arizona to Ohio, his failure to update his registration in Arizona and his failure to register as a sex offender in Ohio. This affidavit is based upon my conversations and coordinated efforts with other law enforcement agents and sources and my examination of various transcripts, reports, and other records. When the contents of documents or statements of others are reported herein, they are reported in substance and part unless otherwise indicated. I have not included in this affidavit all information known by me relating to the investigation. I have set forth facts to establish probable cause for an arrest warrant for Curtis Jiles Andrew PRUITT. I have not withheld any evidence or information which would negate probable cause.

3) This affidavit is made in support of an application for a criminal complaint charging Curtis Jiles Andrew PRUITT with a violation of 18 U.S.C. Section 2250(a). Based on my training, experience, and participation in this and other violations of the sex offender registration requirements, I am aware of the following facts:

4) On August 16, 1989, in the District Court of Bell County, Texas, Curtis Jiles Andrew PRUITT pled guilty to Indecency with a Child (female age 9), in violation of PC 21.11, F3, Case # 37-757. PRUITT was sentenced to 10 years' probation, given additional conditions of probation related to sex offenders and required to register for life as required by the Texas Sex Offender Registration Act.

5) PRUITT later violated the terms of his probation and served several years of incarceration. Upon his release from incarceration, on February 21, 2002, PRUITT signed the Pre-Release Notification / Texas Sex Offender Registration Program Form. The form notified PRUIT that he was required to register annually for a lifetime. PRUITT continued to register in the State of Texas until he notified the State of Texas he was moving to Bullhead City, Arizona on March 5, 2009.

6) On March 10, 2009 Curtis Jiles Andrew PRUITT signed the Arizona Department of Public Safety Sex Offender Registration Form that indicated he would be residing at the Nevada Club Inn, 336 Lee Avenue Rm #131 Bullhead City, Arizona 86429. That form notified PRUITT that his responsibility to register as a sex offender was a lifetime requirement and failure to register was punishable by a felony. It further advised PRUITT that upon changing his residence, he was required to inform the Sheriff in person within 72 hours. Additionally, should he relocate to another state, he must comply with the requirements of the new state.

7) PRUITT failed to notify the authorities in Arizona that he was moving from 336 Lee Ave. Rm #131 Bullhead City, Arizona and his whereabouts have been unknown to authorities since his last registration on March 10, 2009.

8) On January 31, 2013, the United States Marshals Service in Columbus, Ohio received information that PRUITT may be residing at 238 N. 6th St. Coshocton, Ohio.

9) 238 N. 6th St. Coshocton, Ohio is located in the Southern District of Ohio.

10) On February 4, 2013, The United States Marshals Service and the Coshocton County Sheriff's Office made contact with PRUITT at 238 N. 6th St. Coshocton, Ohio. During an interview with PRUITT he admitted that he was convicted of a crime in 1989 that required him to register as a sex offender for life. He admitted he registered in Texas until 2009 when he moved to Arizona. He registered one time in Arizona, on March 10, 2009 and that was the last time he registered. PRUITT stated he knew he was required to register in Ohio but failed to comply with that requirement.

11) According to the authorities in Ohio, had PRUITT registered as a sex offender in Ohio, he would be required to register every 90 days for life.

12) Your affiant has reviewed records that confirm Curtis Jiles Andrew PRUITT has never registered as a sex offender with any law enforcement agency in Ohio, as required by the State of Ohio, and that he has failed to update his registration and verify his address with Arizona authorities.

13) Based on the foregoing facts, my knowledge and experience, I submit there is probable cause to believe that, Curtis Jiles Andrew PRUITT, being a person required to register under the Sex Offender Registration and Notification Act (SORNA), did knowingly fail to register or update a registration as required by SORNA, and did travel in interstate or foreign commerce, in violation of Title 18 U.S.C. Section 2250(a).

*Nicole Ralston*
Nicole Ralston
Deputy United States Marshal

Sworn before me and subscribed in my presence the 5th day of February, 2013, at Columbus, Ohio.

*Elizabeth P. Deavers*
Judge Elizabeth Preston Deavers
United States Magistrate Judge
Southern District of Ohio